GLORIA SCHWARTZ, an Infant, by ELSIE FIKO, Her Guardian ad Litem, Appellant, v. CHARLES SCHWARTZ, Respondent. — Motion for stay pending appeal granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JACOB SCHWARTZ, Respondent, v. MAX FELDMAN, Appellant. — Motion to dismiss appeal denied, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

JESSE H. WASSERMAN and SELMA WASSERMAN, Respondents, v. " GEORGE " AREZZO LUPIS, etc., Appellant. — Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

SYDNEY BEVIN and VICTOR D. BEVIN, Respondents, v. HENRY STEERS SAND & GRAVEL COMPANY, INC., Defendant, and HENRY STEERS, INC., Appellant. (Actions II B and III.) — Judgments reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. The trial court erred in holding as matter of law that twelve feet of sand and gravel were available. Kapper, Rich, Hagarty, Seeger and Carswell, JJ., concur.

JANE BIANCHI, as Administratrix, etc., of PHILIP D. BIANCHI, Deceased, Appellant, v. NEW YORK TELEPHONE COMPANY and Another, Respondents. (Appeal No. 1.) — Order denying motion for inspection reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The motion was denied upon the erroneous assumption that in its answer defendant New York Telephone Company admits that at the time of the accident the automobile was being operated in the furtherance of its business. The fourth paragraph of the answer denies the allegation, contained in the fourteenth paragraph of the amended complaint, that at the time of the accident the automobile was being operated " in and about the business " of the defendant company. The inspection asked for is necessary and proper. The defendant company disposed of the automobile after this motion was made and before the · hearing. It is a question whether or not this was done to prevent inspection. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur. Settle order on notice.

JANE BIANCHI, as Administratrix, etc., of PHILIP D. BIANCHI, Deceased, Appellant, v. NEW YORK TELEPHONE COMPANY and Another, Respondents. (Appeal No. 2.) — Order denying motion for examination of defendant New York Telephone Company before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon authority of Bianchi v. New York Telephone Co. (ante, p. 730), decided uerewith. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur. hettle order on notice.

FRANCIS R. CLAIR, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

WILLIAM F. COTTER, Respondent, v. MARIE D. KLING, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.